Exhibit A

COMMONWEALTH OF MASSACHUSETTS SUPREME

JUDICIAL COURT FOR SUFFOLK COUNTY

SJC-2024-0436



RECEIVED

APR 11 2025

ALLISON S. CARTWRI...
OF THE SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

**Motion for notice**

**Of removal**

<u>**MOTION FOR NOTICE OF REVOVAL**</u>

Now comes the plaintiff-petitioner, Mirca Caceres ask this honorable court, transfer of case no. sjc-2024-0436 to honorable court U.S. District Court, District of Massachusetts (Worcester) #:4:25-cv-40024-DHH cause:28:1983 civil rights, due to real potential of serious violations of all civil and constitutional rights for 10 years with total impunity.

Respectfully;

Mirca Benitez Caceres

661 Hartford Avenue

Providence Rhode Island 02909-5919

<u>caceresmirca@yahoo.com</u>

# CERTIFICATE OF SERVICE

I hereby certify that the within documents has been electronically filed with the court on this April 10, 2025 and served as listed below, will be serve by certified mail U.S. Postal Service

Patrick Tinsley Esquire 370 Main Street, 12th Floor Worcester, MA 01608

Phone: 508-459-8211 663648 Active 12/26/2024 Entitled, email only

Israel David Caceres 28 West Sherman St Darthmouth MA, 02747 Darthmouth

Very truly:

Mirca B. Caceres

COMMONWEALTH OF MASSACHUSETTS

SUPREME JUDICIAL COURT

FOR SUFFOLK COUNTY

SJC-2024-0436

"IN THE MATTER OF ISRAEL DAVID CACERES"



## COMPLAINT

Now comes the plaintiff's-petitioner, Mirca Benitez Caceres, the petitioner who hereby move
to asking this honorable court to ask Middlesex Probate and Family Court to provide us with
the information of the hearing who informed the respondents and registered it in the MA
court system on April 8, 2025 at 9:00am under the docket no. M116P6082 and not under the
active docked no. M115P7013GD with which the motion to file a plea was made. On January
27, 2025 we to Middlesex Probate and Family Court and filed a motion to have our docket
no. M115P7013GD reviewed for the honorable court to order the respondents to comply
with the order the honorable judge Thomas J. Barbar ordered on November 23, 2021 to
remove docket no. 16P6082 and the respondents ignored and did not comply with the
judge's order, on January 10, 2023 they asked a judge to prevent the 150 members of their
family from being able to make any petition for the welfare of our son Israel David Caceres,
in retaliation because we asked the judge to order the defendants to comply with the order
of the honorable judge, the respondent keep our son captive for ten years separated from
his family without any reason. On February 10, 2025 we personally went to the office clerks
of Middlesex Probate and Family Court and asked for the information of the appointment

with the judge, they refused to tell us the court date, on February 10, 2025 we went to Edward W. Brooke Courthouse, 24 new Chardon St, Boston MA we showed him the motion and found the court date of our motion under locked no.M116P60-6085 under another docket no. and the Middlesex Probate and Family Court we have not been notified that there will be a hearing with the judge on April 8, 2025 we ask this honorable court, if possible to request this information since for ten years they have notified only the respondents of the hearing date with the judge gives them what they ask for and they say that we missed the hearing. We ask this honorable court to enforce the DECREE OF DISMISSAL AI DOCKET NO. M116P602 given by the Honorable Judge Thomas J. Barbar on November 23, 2021 following a request we made to the Honorable Judge to Dismissal the decree that Melaine Gargas had in January 30, 2019 (H.4444) the removal of Judge Melaine Gargas from the Massachusetts probate and Family Court. Without the parents of Israel David Caceres being respectfully Mirca Caceres 661-3 Hartford Ave Providence R.I. 02909 preset and having a legal certification. G.L.C 190 B, & 5-304m115P7013GD. For violation and rights

Respectfully

Mirca Caceres

Forecourt Paragon ®

**Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
Docket Sheet

03/10/2025
12:05 pm

**SJ-2024-0436**
**IN THE MATTER OF ISRAEL CACERES**

| CASE HEADER | | | |
|---|---|---|---|
| Entered | 12/02/2024 | Docket Type | SJC Single Justice |
| Case Status | Decided: petition denied | Status Date | 01/17/2025 |
| Case Nature | 211.3 - Superintendence c 211 s 3 | Sub-Nature | trialrtt - Trial Rights Thwarted |
| Justice | Wendlandt, J. | Under Advisement | 01/17/2025 |
| Clerk | SC | Public | Yes - Public |
| Disposition | Decided: petition denied | Disposition Date | 01/17/2025 |

| Other Court Information | | | |
|---|---|---|---|
| Lower Court | Trial Court | | |
| Case Type | CV | Pet Role LCt | Plaintiff in lower court |
| Trial Court | Middlesex Probate Court (pmiddl) | TC Not App Dt | |
| TC Number | MI15P7013GD; MI16P6082GD | | |
| TC Ruling Dt | 01/10/2023 | TC Dispo | Relief denied |
| Lower Ct Judge(s) | Theresa A. Bisenius, J. | Role(s) | Heard Motion |

| INVOLVED PARTY | ATTORNEY APPEARANCE |
|---|---|
| **Mirca Benitez Caceres**<br>Plaintiff/Petitioner<br>661-3 Hartford Avenue<br>Providence, RI 02909<br>Phone: 781-831-4927<br>Active 12/02/2024 | Pro Se<br>Active 12/02/2024 Entitled, eMail Only |
| **Department of Development Services**<br>Respondent<br>Active 12/02/2024 | |
| **Seven Hills Foundation**<br>Respondent<br>Active 12/02/2024 | **Patrick Tinsley**<br>Esquire<br>370 Main Street, 12th Floor<br>Worcester, MA 01608<br>Phone: 508-459-8211<br>663648 Active 12/26/2024 Entitled, eMail Only |
| **Israel David Caceres**<br>Respondent<br>Active 12/02/2024 | |
| **Middlesex Probate and Family Court South - Woburn**<br>(Lower Court: civil or general)<br>10-U Commerce Way<br>Woburn, MA 01801<br>Phone: 781-865-4000<br>Active 12/03/2024 Entitled, eMail Only | |

Forecourt Paragon ®

**Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
Docket Sheet

03/10/2025
12:05 pm

**SJ-2024-0436**

**IN THE MATTER OF ISRAEL CACERES**

| DATE | P# | ENTRY |
|------|----|-------|
| 12/02/2024 | | Case entered. |
| 12/02/2024 | | Filing fee paid. ($315) |
| 12/02/2024 | 1 | Complaint/Petition Pursuant to G.L.c. 211, sec. 3 with Certificate of Service, filed by Mirca Benitez Caceres, pro se. |
| 12/02/2024 | 2 | Affidavit of Mirca Benitez Caceres, filed by Mirca Benitez Caceres, pro se. |
| 12/02/2024 | 3 | MOTION with Certificate of Service, filed by Mirca Benitez Caceres, pro se. |
| 12/02/2024 | 4 | Attachments to P.#'s 1-3, filed by Mirca Benitez Caceres, pro se. |
| 12/26/2024 | 5 | Notice of Appearance of Atty. Patrick C. Tinsley for the Defendant Seven Hills Foundation filed. |
| 01/08/2025 | 6 | MOTION to Enforce an Order with Certificate of Service and Exhibits, filed by Mirca Caceres, pro se. **(1/17/2025: "Per the within, MOTION is DENIED without hearing." (Wendlandt, J.))** |
| 01/14/2025 | 7 | Defendant, Seven Hills Foundation's MOTION to Dismiss Plaintiff's Complaint/Petition with Certificate of Service, filed by Atty. Patrick C. Tinsley. **(No action needed. See Paper #10)** |
| 01/14/2025 | 8 | Memorandum of Law in Support of the MOTION to Dismiss of the Defendant Seven Hills Foundation, filed by Atty. Patrick C. Tinsley. |
| 01/14/2025 | 9 | Exhibits A-D to P.#'s 7-8, filed by Atty. Patrick C. Tinsley. |
| 01/17/2025 | | Under advisement. (Wendlandt, J.). |
| 01/17/2025 | 10 | JUDGMENT: "This matter came before the Court, Wendlandt, J., on a pleading entitled, "Complaint/Petition," filed by Mirca Benitez Caceres, pro se. The Court will treat the filing as a petition pursuant to G. L. c. 211, § 3, seeking this Court's superintendence power to reopen two guardianship petitions in the Middlesex Probate and Family Court. Relief under G. L. c. 211, § 3, is available only under exceptional circumstances, and generally is not available where there is an adequate alternative remedy. See, e.g., McGuinness v. Commonwealth, 420 Mass. 495, 497 (1995). An order issued in the Middlesex Probate and Family Court on January 10, 2023, stating that no family member of Israel Caceres shall be allowed to file any pleadings "without prior approval of the Judge."[1] The petitioner, if she wishes, may request to file a pleading in the Probate and Family Court before the judge assigned to the matter. If the court denies the request, an appeal in the normal appellate course is an adequate remedy. Upon consideration, thereof, it is hereby **ORDERED** that the petition be, and the same hereby is, **DENIED** without hearing." (Wendlandt, J.)

[1] The Court understands the petitioner to be the biological mother of Israel Caceres. (Wendlandt, J.) |
| 01/17/2025 | 11 | eNotice to Counsel/Parties and Lower Court Re: Paper #10 filed. |
| 01/17/2025 | 12 | eNotice to Counsel/Parties and Lower Court Re: Paper #6 filed. |
| 01/23/2025 | 13 | Plaintiff Petitioner Answer Against Motion to Dismiss with Exhibits A-B, filed by Mirca Benitez Caceres. |
| 02/12/2025 | 14 | MOTION with Exhibit A filed by Mirca Benitez Caceres, pro se. **(See Paper #15)** |
| 02/14/2025 | | Motion Under Advisement. (Wendlandt, J.). |
| 02/14/2025 | 15 | ORDER: "This matter came before the Court, Wendlandt, J., on a post-judgment motion filed by Mirca Benitez Caceres, pro se. After review, it is hereby **ORDERED** that the motion is **DENIED**." (Wendlandt, J.) |
| 02/14/2025 | 16 | eNotice to Counsel/Parties and Lower Court Re: P.# 15 filed. |

COMMONWEALTH OF MASSACHUSETTS

SUPREME JUDICIAL COURT

FOR SUFFOLK COUNTY

SJC-2024-0436

"IN THE MATTER OF ISRAEL DAVID CACERES"

COMPLAINT

Now comes the plaintiff's-petitioner, Mirca Benitez Caceres, the petitioner who hereby move to asking this honorable court to ask Middlesex Probate and Family Court to provide us with the information of the hearing who informed the respondents and registered it in the MA court system on April 8, 2025 at 9:00am under the docket no. M116P6082 and not under the active docked no. M115P7013GD with which the motion to file a plea was made. On January 27, 2025 we to Middlesex Probate and Family Court and filed a motion to have our docket no. M115P7013GD reviewed for the honorable court to order the respondents to comply with the order the honorable judge Thomas J. Barbar ordered on November 23, 2021 to remove docket no. 16P6082 and the respondents ignored and did not comply with the judge's order, on January 10, 2023 they asked a judge to prevent the 150 members of their family from being able to make any petition for the welfare of our son Israel David Caceres, in retaliation because we asked the judge to order the defendants to comply with the order of the honorable judge, the respondent keep our son captive for ten years separated from his family without any reason. On February 10, 2025 we personally went to the office clerks of Middlesex Probate and Family Court and asked for the information of the appointment

with the judge, they refused to tell us the court date, on February 10, 2025 we went to Edward W. Brooke Courthouse, 24 new Chardon St, Boston MA we showed him the motion and found the court date of our motion under locked no.M116P60-6085 under another docket no. and the Middlesex Probate and Family Court we have not been notified that there will be a hearing with the judge on April 8, 2025 we ask this honorable court, if possible to request this information since for ten years they have notified only the respondents of the hearing date with the judge gives them what they ask for and they say that we missed the hearing. We ask this honorable court to enforce the DECREE OF DISMISSAL AI DOCKET NO. M116P602 given by the Honorable Judge Thomas J. Barbar on November 23, 2021 following a request we made to the Honorable Judge to Dismissal the decree that Melaine Gargas had in January 30, 2019 (H.4444) the removal of Judge Melaine Gargas from the Massachusetts probate and Family Court. Without the parents of Israel David Caceres being respectfully Mirca Caceres 661-3 Hartford Ave Providence R.I. 02909 preset and having a legal certification. G.L.C 190 B, & 5-304m115P7013GD. For violation and rights

Respectfully

Mirca Caceres

EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

## SUPREME JUDICIAL COURT

## FOR SUFFOLK COUNTY

## SJC-2024-0436

## "IN THE MATTER OF ISRAEL DAVID CACERES"

### COMPLAINT

Now comes the plaintiff's-petitioner, Mirca Benitez Caceres, the petitioner who hereby move to asking this honorable court to ask Middlesex Probate and Family Court to provide us with the information of the hearing who informed the respondents and registered it in the MA court system on April 8, 2025 at 9:00am under the docket no. M116P6082 and not under the active docked no. M115P7013GD with which the motion to file a plea was made. On January 27, 2025 we to Middlesex Probate and Family Court and filed a motion to have our docket no. M115P7013GD reviewed for the honorable court to order the respondents to comply with the order the honorable judge Thomas J. Barbar ordered on November 23, 2021 to remove docket no. 16P6082 and the respondents ignored and did not comply with the judge's order, on January 10, 2023 they asked a judge to prevent the 150 members of their family from being able to make any petition for the welfare of our son Israel David Caceres, in retaliation because we asked the judge to order the defendants to comply with the order of the honorable judge, the respondent keep our son captive for ten years separated from his family without any reason. On February 10, 2025 we personally went to the office clerks of Middlesex Probate and Family Court and asked for the information of the appointment

with the judge, they refused to tell us the court date, on February 10, 2025 we went to Edward W. Brooke Courthouse, 24 new Chardon St, Boston MA we showed him the motion and found the court date of our motion under locked no.M116P60-6085 under another docket no. and the Middlesex Probate and Family Court we have not been notified that there will be a hearing with the judge on April 8, 2025 we ask this honorable court, if possible to request this information since for ten years they have notified only the respondents of the hearing date with the judge gives them what they ask for and they say that we missed the hearing. We ask this honorable court to enforce the DECREE OF DISMISSAL AI DOCKET NO. M116P602 given by the Honorable Judge Thomas J. Barbar on November 23, 2021 following a request we made to the Honorable Judge to Dismissal the decree that Melaine Gargas had in January 30, 2019 (H.4444) the removal of Judge Melaine Gargas from the Massachusetts probate and Family Court. Without the parents of Israel David Caceres being respectfully Mirca Caceres 661-3 Hartford Ave Providence R.I. 02909 preset and having a legal certification. G.L.C 190 B, & 5-304m115P7013GD. For violation and rights

Respectfully

Mirca Caceres

# CERTIFICATE OF SERVICE

I hereby certify that the within documents has been electronically filed with the court on this April 10, 2025 and served as listed below, will be serve by certified mail U.S. Postal Service

Patrick Tinsley Esquire 370 Main Street, 12th Floor Worcester, MA 01608

Phone: 508-459-8211 663648 Active 12/26/2024 Entitled, email only

Israel David Caceres 28 West Sherman St Darthmouth MA, 02747 Darthmouth

Very truly:

Mirca B. Caceres